# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Boston, MA     **Category No.** II     **Investigating Agency** FBI

**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number N/A
Search Warrant Case Number N/A
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Information:**
Defendant Name: Jacob Tyler Henriques     Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____
Address: 118 Riverway Apt 12 Boston MA 02215

Birth date (Yr only): 1998     SSN (last 4#): 3504     Sex: M     Race: White     Nationality: _____

**Defense Counsel if known:** _____     Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Craig Estes     Bar Number if applicable: _____

**Interpreter:** ☐ Yes  ☑ No     List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:** ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/2/2025     Signature of AUSA: /s/ Craig E. Estes

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Jacob Tyler Henriques

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 1591(a), (b)(2) and 1594(a) | Attempted sex trafficking of a minor | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013