25-MJ-5131-JGD

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, LINDSAY BENNETT, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"), United States Department of Justice. I have been a Special Agent since October 2019. I am currently assigned to the Crimes Against Children and Human Trafficking Task Force of the Boston Field Office, where I conduct investigations of crimes concerning child exploitation and human trafficking. I previously was assigned to the Child Exploitation Task Force of the San Diego Field Office, where I also conducted investigations of crimes concerning child exploitation and human trafficking. I have been employed by the FBI since June of 2014 and served in several different support roles prior to becoming a Special Agent.

2.      My experience as an FBI Special Agent has included the investigation of cases involving the use of computers and the Internet to commit crimes. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer evidence seizure and processing, and various other criminal laws and procedures. I have personally participated in the execution of search warrants involving the search and seizure of cellular telephones, social media accounts, email accounts, and other electronic devices.

3.      As an FBI Special Agent, I am authorized to investigate violations of the laws of the United States, including violations of various federal sex trafficking laws. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that

1

25-MJ-5131-JGD

is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.

4.      This affidavit is submitted in support of a criminal complaint charging Jacob Tyler Henriques ("HENRIQUES") (YOB 1998) (hereinafter, "HENRIQUES"), with attempted sex trafficking a minor in violation of 18 U.S.C. §§ 1591(a), (b)(2) and 1594(a) .

5.      As described below, there is probable cause to believe that in April 2025, HENRIQUES attempted to recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit a minor female victim (hereinafter, "Minor Victim 2") to engage in commercial sex acts[1] knowing or in reckless disregard of the fact that Minor Victim 2 had not attained the age of 18 years.

6.      The facts in this affidavit come from my personal observations and review of records, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause to secure a criminal complaint and does not set forth all of my knowledge about this matter. All dates and times are approximate.

## **PROBABLE CAUSE**

### *Minor Victim 1*

7.      On or about April 22, 2025, the FBI received information regarding sexually explicit direct messaging communications between Instagram user "ty.ler.1076" and a minor

---

[1] The term commercial sex act means any sex act on account of which anything of value is given to or received by any person.

25-MJ-5131-JGD

female, hereinafter referred to as Minor Victim 1.[2] The communications took place on or about

April 20, 2025; at the time of the communications, Minor Victim 1 was 13 years old. Excerpts of

the conversation are produced below:

| Name | Date/Time | Message |
|---|---|---|
| ty.ler.1076 | April 20, 2025 at 00:10:35 UTC | Hey |
| ty.ler.1076 | April 20, 2025 at 00:12:17 UTC | You down to have fun? I'll get u anything u need as long as ur down ;) lmk im legit. Pay tonight and we can do it ;) |
| ty.ler.1076 | April 20, 2025 at 00:13:03 UTC | We can watch porn too ;) |
| Minor Victim 1 | April 20, 2025 at 00:14:28 UTC | woah ur weird bro |
| ty.ler.1076 | April 20, 2025 at 00:14:41 UTC | :( |
| ty.ler.1076 | April 20, 2025 at 00:14:51 UTC | If ur down I pay really well and don't ask for much |
| ty.ler.1076 | April 20, 2025 at 00:15:08 UTC | I got pics and vids rn |
| ty.ler.1076 | April 20, 2025 at 00:15:11 UTC | Hot af |
| Minor Victim 1 | April 20, 2025 at 00:15:15 UTC | nope ur weird |
| ty.ler.1076 | April 20, 2025 at 00:15:19 UTC | Ok |
| ty.ler.1076 | April 20, 2025 at 00:15:21 UTC | Sorry |

8.      Based on my training, experience, and familiarity with this investigation, I believe

that "ty.ler.1076" was asking Minor Victim 1 for sex ("You down to have fun") and offering to

pay her for it ("I'll get u anything u need as long as ur down ;)"; "Pay tonight"; and "If ur down I

pay really well and don't ask for much"). In addition, I believe that "ty.ler.1076" offered to provide

pornographic pictures and videos to Minor Victim 1 ("I got pics and vids rn" and "Hot af"). Based

on my training, experience, and familiarity with this investigation, I am aware that individuals with

sexual interest in children tend to view and maintain pornographic images on their electronic

---

[2] I am aware of the Minor Victim 1's identity and Instagram username, but am omitting the number here to protect Minor Victim 1's privacy and safety.

25-MJ-5131-JGD

devices, and that they may seek to use such materials to lower the inhibitions of children that they are attempting to seduce, to arouse the selected child partner, or to demonstrate desired sexual acts.

9.     Information obtained from Meta Platforms, Inc. (which controls Instagram), Instagram username "ty.ler.1076" was registered to telephone number (***) ***-7412 (hereinafter, the "7412 Phone").[3] Subsequent open-source searches showed that the 7412 Phone is subscribed to HENRIQUES with an address in Boston, Massachusetts. After further investigation, I learned that until on or about April 30, 2025, HENRIQUES worked as an Assistant Director of Admissions at Emmanuel College in Boston, Massachusetts. According to Emmanuel College, the 7412 Phone was the contact number for HENRIQUES. Based on a review of information obtained from Emmanuel College and the Registry of Motor Vehicles, I understand that HENRIQUES currently resides in Boston, Massachusetts.

10.     Furthermore, information obtained from Meta for the "ty.ler.1076" account showed that on April 19 and April 20, 2025, "ty.ler.1076" accessed that Instagram account from two internet protocol ("IP") addresses, including IP address **.**.**2.39 (hereinafter, the "2.39 IP Address"). Based on my training and experience, I understand that when a device connects to the Internet, it does so through an IP address. I subsequently determined that on April 19, 2025, the 2.39 IP Address was subscribed to HENRIQUES. The subscription information listed the 7412 Phone as the subscriber contact number and HENRIQUES's current residence in Boston, Massachusetts, as the subscriber billing address.

---

[3] That information also listed the year of birth for the user of "ty.ler.1076" as 2003.

4

25-MJ-5131-JGD

11.     I have reviewed the home screen for Minor Victim 1's Instagram page. Based on my training, experience, and familiarity with this investigation, I understand that a part of his job responsibilities, HENRIQUES was familiar with high schools in Western Massachusetts. Minor Victim 1's home screen says "wjshs," which I understand to be a reference to Ware Junior Senior High School. Furthermore, based on my review of the profile picture for Minor Victim 1, I believe her face is consistent with that a person under the age of 18.

*Adult Victim 1*

12.     On April 25, 2025, Emmanuel College hosted an Admissions Day event at their Boston campus. Adult Victim 1 attended the event in person.[4]

13.     Prior to the event, Adult Victim 1 had been receiving emails from HENRIQUES concerning her status as a prospective student. At the event on April 25, Adult Victim 1 met HENRIQUES in person for the first time. She recalled that he was notably talkative with her. She also recalled that while she was there HENRIQUES had to look up her personal information in the school portal.

14.     Later that day, after the conclusion of the event, Adult Victim 1 began receiving electronic communications from the 7412 Phone.

| Name | Message |
|------|---------|
| 7412 Phone | Hey |
| Adult Victim 1 | hi? who is this? |
| 7412 Phone | you wanna make some $ for some fun? $400 rn and anything else [2 heart emojis] I got porn pics n vids too :) lmk im fr." |

---

[4] I am aware of Adult Victim 1's name and identity but am omitting them here to protect her privacy and safety.

15.     Based on my training, experience, and familiarity with this investigation, I believe that HENRIQUES wrote to Adult Victim 1 and offered to pay her for sex ("you wanna make some $ for some fun? $400 rn and anything else"). Adult Victim 1 did not recognize the 7412 Phone number and blocked it.

16.     The next day, on April 26, Adult Victim 1 received additional electronic messages, but now from email address "jacobhenriques**@*******.com." Adult Victim 1 recognized the name on the email address ("jacobhenriques**") as the name of her admissions counselor at Emmanuel College, whom she had met in person for the first time the day before. Those messages began with five pornographic images depicting men and women engaging in various sex acts, and then included the following messages:

- "you wanna make some $ for some fun? $500 rn lmk. . . I'm real just lmk"

- "anything u need lmk :) [heart emoji]"

- "call of [sic] you want. *67 so ik its u"

- [2 heart emojis]

- "I can treat u better than anyone else lmk"

- "I want to be a gentlemen to you"

17.     These messages were followed by three pornographic images (matching three of the images previously sent). Based on my training, experience, and familiarity with this investigation, I believe that HENRIQUES used the 7412 Phone to solicit Adult Victim 1 for commercial sex acts ("you wanna make some $ for some fun? $500 rn lmk. . . I'm real just lmk"; "anything u need lmk"; and "I can treat u better than anyone else lmk"). I understand that "lmk"

25-MJ-5131-JGD

stands for "let me know" and further believe that HENRIQUES was asking for Adult Victim 1 to let him know if she was interested in engaging in commercial sex acts with him.

18.     On Sunday, April 27, 2025, Adult Victim 1 received additional messages from the same email address, one of which read, "lmk what u need for some fun [heart emoji] I got porn According to Accurint, telephone number 413-887-7412 is associated with Jacob Tyler Henriques, date of birth 6/19/1998, social security number 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, address 118 Riverway, apt 12, Boston, MA 02215. pics n vids too if u need those."

*Adult Victim 2 and Minor Victim 2*

19.     Also on April 25, 2025, Adult Victim 2 and Minor Victim 2 went to Emmanuel College for an in-person campus tour.[5] In April/May 2025, Minor Victim 2 was 17 years old.

20.     Based upon records obtained from Emmanuel College, Minor Victim 2 registered for a tour on campus shortly after 1:00 p.m. on April 25, 2025. Her registration information form included her name, date of birth, phone number, and address. According to the Emmanuel College admissions case records management system, HENRIQUES accessed Minor Victim 2's admissions profile at approximately 1:13 p.m. in order to check her in for her tour.

21.     Shortly thereafter, while Adult Victim 2 and Minor Victim 2 waited for the tour to start, HENRIQUES spoke with Minor Victim 2, asked where she was from, what grade she was in, and where she went to school. The man told Minor Victim 2 that he was from Wilberham/Ludlow in Western Massachusetts.

---

[5] I am aware of Adult Victim 2's and Minor Victim 2's names and identities but am omitting them here to protect their privacy and safety.

25-MJ-5131-JGD

22.     After the event and at approximately 6:54 p.m. on Friday, April 25, Adult Victim 2 and Minor Victim 2 were returning to their homes when Minor Victim 2 began receiving a series of text messages from the 7412 Phone. Because the number had a Western Massachusetts area code, Minor Victim 2 initially assumed the messages were from someone that she knew. Screen shots of the text messages are attached below:

25-MJ-5131-JGD



23.     Based on my training, experience, and familiarity with this investigation, I believe

that HENRIQUES used the 7412 Phone to solicit Minor Victim 2 for commercial sex acts ("you

25-MJ-5131-JGD

wanna make some $ for some fun? $400 rn and anything else"; "Can do 500 rn"; "and porn for

you"; "u down"). Minor Victim 2 did not respond at that time.

24.    Records from Emmanual College show that HENRIQUES accessed the Emmanual

College admissions case records management system at approximately 6:51 p.m. on April 25,

2025, and that he did so using an iPhone accessing the Internet via the 2.39 IP Address. As

described above, the 2.39 IP Address is associated with HENRIQUES and his Boston apartment.

In addition, records from the management system show that HENRIQUES accessed Minor Victim

2's admission profile multiple times between approximately 7:06 p.m. and 9:23 p.m. on April 25

(after having previously accessed her profile at approximately 1:13 p.m. shortly after Minor Victim

2 registered for the on-campus tour).

25.    Adult Victim 2 received the similar messages, including "you wanna make some $

for some fun? $400 rn and anything else [two heart emojis] I got porn pics n vids too" and five

pornographic images. After Adult Victim 2 warned HENRIQUES he could get in a lot of trouble,

he wrote back "Blocking u now. I'm sorry. sorry. if u change ur mind lmk but it's ok. I can get

anything u need but not if ur uncomfy bro it's ok."

26.    Later that same evening, at approximately 8:07 p.m., HENRIQUES wrote again to

Minor Victim 2 to renew his request: "lmk bb [heart emoji]." Based on my training, experience,

and familiarity with this investigation, I believe that "lmk" stands for "let me know," and that

HENRIQUES was asking Minor Victim 2 if she was interested in engaging in commercial sex

acts. When Minor Victim 2 asked who was writing her ("who is this"), HENRIQUES asked again

if she was interested in commercial sex ("just lmk if ur down and I got u") and offered to send her

pornography and money ("Porn ready and $ for u").

25-MJ-5131-JGD



27.     HENRIQUES continued to send messages from the 7412 Phone to Minor Victim 2. Based on my training, experience, and familiarity with this investigation, I believe that he continued his efforts to entice her into engaging in commercial sex, asking if she wanted to make money ("r u tryna make money or no") and if she was willing to engage in commercial sex ("bro u down or no"). He further assured her he was serious ("I got u but im not playing").

11

25-MJ-5131-JGD



28.    HENRIQUES then sent approximately five pornographic images depicting men and women engaging in various sex acts, and told Minor Victim 2 that he believed she was saving the images he sent her ("I know u saved that shit lmao"), insisting the images were sexually provocative ("it's hot af") and that he could also provide videos ("You want vids?"). He

25-MJ-5131-JGD

subsequently asked whether she wanted to participate in a "gangbang" ("gangbang?"). Based on my training and experience, I understand that "gangbang" is a reference to the successive rape of one person by a group of people. HENRIQUES then explicitly asked if Minor Victim 2 wanted to have sex with him ("you wanna fuck?"). Minor Victim 2 refused ("no I don't wanna fuck") and told HENRIQUES she would find out who he was ("I promise I'm gonna find out who this is tho tbh").

25-MJ-5131-JGD



29.    In subsequent messages, HENRIQUES would apologize and agree not to contact

Minor Victim 2 further ("ok have a good night I'm sorry. No it is." and "have a good night. I'll

25-MJ-5131-JGD

stop and block u. I'm sorry for bothering u") but then would continue to text her and insist his offer remained open ("you lmk if u change ur mind. I got anything u need and more. But not if ur uncomfy" and "I'll buy u anything u need. u can come over if u want. ok sorry. I'll stop fr. Blocking now").

30.     Minor Victim 2 blocked the 7412 Phone from contacting her. However, records from Emmanuel College show that HENRIQUES continued to access Minor Victim 2's admission profile. Indeed, between Friday, April 25, 2025, and Monday, April 28, 2025, HENRIQUES accessed her admissions profile approximately 47 times, often late at night or in the early hours of the morning. Moreover, records from the Emmanual College admissions case records management system show HENRIQUES repeatedly accessed the system numerous times over the weekend using an iPhone that was accessing the Internet via the 2.39 IP Address (associated with his residence in Boston).

31.     On or about April 27, HENRIQUES resumed his contact with Minor Victim 2, using an email address "jacobhenriques**@*******.com" instead of the 7412 Phone. This was the same email address HENRIQUES used to contact Adult Victim 1 on April 26.

25-MJ-5131-JGD



32.    Based on my training, experience, and familiarity with this investigation, I believe

that HENRIQUES again communicated his interest in meeting with Minor Victim 2 for sex ("r u

16

25-MJ-5131-JGD

down to have fun"; "r u down or no"; and "do u wanna go out w me or no"), while Minor Victim

2 asked how he knew her ("tell me where we've met"). During these communications, Minor

Victim 2 looked up the name on the email and connected it with the admissions officer she had

met two days early during the event at Emmanual College. She then asked whether they had met

on Friday ("did we meet on friday") at Emmanuel College ("at emmanuel?").



25-MJ-5131-JGD





33.    Based on my training, experience, and familiarity with this investigation, I believe

that HENRIQUES denied meeting her on Friday at Emmanuel ("no"; "nope") and grew concerned

that Minor Victim 2 had identified him ("well considering you're the assistant director of

25-MJ-5131-JGD

admissions, I think it's pretty weird you're texting a minor? and using information I personally gave for the tour to contact me about pornography?"); sent him a screenshot that included his email account ("jacobhenriques**@*******.com"); and located and forwarded a webpage from the Emmanual College website that displayed his face, name, and position as an assistant director of admissions. HENRIQUES denied that it was him ("bro that isn't me") and denied knowing Minor Victim 2 ("I don't know who u r"). Minor Victim 2 then reminded HENRIQUES of their conversation about where he lived and that she was a junior in high school ("u don't recall speaking to me about living in wilbraham and that i'm a junior in high school").

*Adult Victim 3*

34.    On April 25, 2025, Adult Victim 3 committed to attend Emmanuel College. Later that day, she received a text message from the 7412 Phone that said, "Hey." Adult Victim 3 messaged back, asking, "Who is this?"

35.    The following day she received pornographic images depicting men and women engaging in various sex acts. Adult Victim 3 subsequently searched for the 7412 Phone on the Internet, and saw that it was associated with "Jacob Henriques." She also received a message that read, "you wanna have some fun for some $? 400 rn and anything else (hear emoji) I got porn pics n vids for u too lmk." Adult Victim 3 was aware of at least two other friends who had received messages from the same phone number.

//

//

//

//

20

25-MJ-5131-JGD

## CONCLUSION

36.     I believe that the HENRIQUES attempted to engage engaged in sex trafficking of a minor in violation of Title 18, United States Code, Section 1591(a)(1), (b)(2), and 1594(a) by sending emails to Minor Victim 2 in an effort to recruit, entice, obtain, patronize, and/or solicit her in engaging in commercial sex acts despite knowing that she was under the age of 18, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2), and 1594(a).

*Lindsay Bennett*

Lindsay Bennett
Special Agent
Federal Bureau of Investigation

Signed electronically and sworn to before me by teleconference in accordance with Fed. R. Crim. P. 4.1 on May ___, 2025.

**May 2, 2025**

*Judith G. Dein*

HONORABLE JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE